**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 5:19-CR-25-RWS-CMC |
| | § | |
| | § | |
| VINCENT MARCHETTI, JR. (03) | § | |
| STEVEN DONOFRIO (05) | § | |
| RAY W. N.G. (11) | § | |

## **VERDICT FORM**

As to Count 1 of the First Superseding Indictment,

    we, the jury, find the Defendant, **Vincent Marchetti,**

_____      _____✗_____
       (Not Guilty)                (Guilty)

As to Count 1 of the First Superseding Indictment,

    we, the jury, find the Defendant, **Steven Donofrio,**

_____      _____
       (Not Guilty)                (Guilty)

As to Count 1 of the First Superseding Indictment,

    we, the jury, find the Defendant, **Ray Ng,**

_____✗_____      _____
       (Not Guilty)                (Guilty)

_12-16-2021_
Date

███████████████████
Foreperson